**Order entered July 28, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00872-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, Appellant**

**V.**

**PANDA POWER GENERATION INFRASTRUCTURE FUND, LLC D/B/A PANDA POWER FUNDS, ET AL, Appellees**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0401**

## ORDER
Before Justices Lang, Evans, and Stoddart

Before the Court is appellant's July 24, 2017 "Emergency Motion Requesting That Appeal Be Considered on a Sworn Record." We **DENY** the motion and **ORDER** that the clerk's record and reporter's record be filed in accordance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 35.1, 35.3.

/s/     DOUGLAS S. LANG
JUSTICE